IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00563-EWN-MJW

L&W INNOVATIONS, LLC,

Plaintiff,

v.

LINLI CONSTRUCTION, INC., et al.,

Defendants.

---

**ORDER TO SHOW CAUSE
and
ORDER RESETTING SCHEDULING/PLANNING CONFERENCE**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to United States Magistrate Judge issued by District Judge Edward W. Nottingham on March 23, 2007. (Docket No. 5).

A Rule 16 Scheduling/Planning Conference was set in this case for May 30, 2007, at 3:00 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  (See Docket Nos. 6 and 13).  The Tenth Circuit has a "long-standing rule that a corporation must be represented by an attorney to appear in federal court."  Tal v. Hogan, 453 F.3d 1244, 1254 & n.8 (10th Cir. 2006), cert. denied, 127 S.Ct. 1334 (2007).  Nevertheless, defendants Linli Construction, Inc., and Gas-O-Haul, Inc., were not represented by counsel at the Rule 16 conference.  In addition, pro

2

se defendant Bradley J. Light did not appear for the conference, either by telephone or in person. None of these three defendants moved for a continuance.

Rule 16(f) of the Federal Rules of Civil Procedure provides in pertinent part that "[i]f a party . . . fails to obey a scheduling or pretrial order . . . the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D). . . ." Fed. R. Civ. P. 16(f). Rule 37(b)(2)(B), (C), and (D), which is referenced in Rule 16(f), permits the following sanctions:

> (B) An order refusing to allow the disobedient party to support or oppose designated claims or defenses, or prohibiting that party from introducing designated matters in evidence;
>
> (C) An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or dismissing the action or proceeding or any part thereof, or **rendering a judgment by default against the disobedient party**;
>
> (D) In lieu of any of the foregoing orders or in addition thereto, an order treating as a contempt of court the failure to obey any orders except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(B), (C), (D) (emphasis added).

Based upon the foregoing, it is hereby

**ORDERED** that on June 28, 2007, at 8:45 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing will be held at which defendants Linli Construction, Inc., and Gas-O-Haul, Inc., shall appear through counsel and defendant Bradley J. Light shall appear either in person or through counsel and show cause why they should not be sanctioned

3

pursuant to Fed. R. Civ. P. 16(f). It is further

**ORDERED** that the Rule 16 Planning/Scheduling Conference is reset to June 28, 2007, at 8:45 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall comply with all of the provisions of this court's Order Setting Scheduling/Planning Conference filed on March 30, 2007 (Docket No. 6). The proposed Scheduling Order shall be submitted to the court on or before June 25, 2007.

Dated: May 30, 2007  
        Denver, Colorado

s/ Michael J. Watanabe  
Michael J. Watanabe  
United States Magistrate Judge