IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00563-EWN-MJW

L&W INNOVATIONS, LLC,
a Colorado limited liability company,

    Plaintiff,

v.

LINLI CONSTRUCTION, INC., a Colorado corporation;
JOHN YELENICK, an individual;
GAS-O-HAUL, INC., a Colorado corporation;
BRADLEY J. LIGHT, an individual,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT** (Docket No. 32)

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Amend Complaint pursuant to FED. R. CIV. P. 15(a), and the Court being fully advised in the premises, hereby **ORDERS** Plaintiff's motion is **GRANTED**. The Amended Complaint is Accepted For Filing Today.

U.S. Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

{00262666.DOC1}