IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00563-EWN-MJW

L&W INNOVATIONS, LLC,

Plaintiff(s),

v.

LINLI CONSTRUCTION, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Motion on Consent to Revise Proposed Scheduling Order, DN 43, is stricken for failure to comply with D.C.COLO.LCivP 10.1E.

Date: July 20, 2007