IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 07-cv-00563-CBS-MJW

L & W INNOVATIONS, LLC, a Colorado limited liability company,
    Plaintiff,
v.

LINLI CONSTRUCTION, INC., a Colorado corporation,
JOHN YELENICK, an individual
GAS-O-HAUL, INC., a Colorado corporation, and
BRADLEY J. LIGHT, an individual,
    Defendants.
_____

## ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On July 23, 2007, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 48).  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 07-cv-00563-CBS-MJW**.

II.     Order of Reference

The Orders of Reference dated March 23, 2007 (doc. # 5) and May 31, 2007 (doc. # 28) are hereby VACATED. This matter is now referred to United States Magistrate Judge Michael J. Watanabe *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III.    Further Proceedings

A.      The deadlines and settings set forth in the Scheduling Order dated July 27, 2007 (doc. # 51) remain unchanged.

B.      A Status Conference shall be held by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, on **Tuesday August 28, 2007 at 8:30 a.m.** Parties and counsel are advised that a Final Pretrial Conference and a trial date for a 3-day trial to a jury may be scheduled at the hearing.

DATED at Denver, Colorado, this 30th day of July, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge