IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00563-CBS-MJW

L&W INNOVATIONS, LLC,

    Plaintiff,

v.

LINLI CONSTRUCTION, INC.,
JOHN YELENICK,
GAS-O-HAUL, INC, and
BRADLEY J. LIGHT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED the Motion for Stipulated Protective Order (*doc. no.57)* is **GRANTED**. The Stipulated Protective Order submitted September 20, 2007 shall be signed and entered on this date.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    September 21, 2007