# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00563-CBS-MJW** | FTR - Reporter Deck - Courtroom A402 |
| **Date: October 29, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| L&W INNOVATIONS, LLC, a Colorado limited liability company, | J. Mark Smith |
| **Plaintiff,** | |
| v. | |
| LINLI CONSTRUCTION, INC., a Colorado corporation, | William F. Croke |
| JOHN YELENICK, | Pro se |
| BRADLEY J. LIGHT, *et al.,* | Pro se |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:     2:37 p.m.**
Court calls case.  Appearances of counsel and pro se defendants.

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

The parties present arguments regarding the motions pending before the court.

**ORDERED:**   Defendants' Motion for Extension of Time to Join Third Party Defendants [filed October 1, 2007; doc. 63] is denied for failure to comply with D.C.COLO.LCivR 7.1A.

**ORDERED:**   The Motion for Protective Order [filed October 23, 2007; doc. 72] is denied for failure to comply with D.C.COLO.LCivR 7.1A.

**ORDERED:** Defendants' Motion to Stay Discovery and for Protective Order & Extension of Time to Produce Privilege Logs [filed September 24, 2007; doc. 61] is denied for the reason stated on the record.

**ORDERED:** Gas-O-Haul, Inc. and Linli Construction, Inc. shall file Rule 12 motions related to arbitration by December 7, 2007. Responses and replies shall be allowed per the court's local rules.

**ORDERED:** Defendant, Gas-O-Haul, Inc., may file a reply related to the motion to dismiss (doc. 60) by November 12, 2007.

**ORDERED:** All discovery shall be stayed pending rulings on all of the motions to dismiss.

HEARING CONCLUDED.

**Court in Recess:**     4:45 p.m.
Total In-Court Time:     02:08