# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-00563-CBS-MJW** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: July 15, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| L&W INNOVATIONS, LLC, a Colorado limited liability company, | J. Mark Smith |
| **Plaintiff,** | |
| v. | |
| LINLI CONSTRUCTION, INC., a Colorado corporation, | William F. Croke |
| BRADLEY J. LIGHT, *et al.*, | *Pro se* |
| **Defendants,** | |

| | |
|---|---|
| LINLI CONSTRUCTION, INC., and GAS-O-HAUL, INC., | William F. Croke |
| **Third-Party Plaintiffs,** | |
| v. | |
| PAUL CLUKIES, *et al.*, | Lucky Vidmar |
| | Brian A. Carpenter |
| **Third-Party Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 3:03 p.m.
Court calls case. Appearances of counsel and *pro se* defendant Bradley Light.

Counsel present arguments regarding the Motion to Dismiss Third-Party Complaints Against Paul Clukies [filed June 11, 2008; doc. 106].

**ORDERED:** **The Motion to Dismiss Third-Party Complaints Against Paul Clukies [filed June 11, 2008; doc. 106] is denied for the reason stated on the record.**

**ORDERED:** **The oral motion to withdraw Paul Clukies' Opposed Motion to Stay Discovery [filed June 18, 2008; doc. 108] is granted. The motion (*doc. 108*) is hereby withdrawn.**

The court discusses the number (30) and other possible deficiencies in the written discovery propounded to Mr. Clukies.

Counsel discuss discovery and a stipulated protective order with the court. The court states that a protective order should be in place prior to the due dates for responding to written discovery.

**ORDERED:** **Third-party defendant, Paul Clukies, shall answer or otherwise respond to the complaint within twenty (20) days; shall serve his Rule 26(a)(1) disclosures by July 29, 2008; and shall answer written discovery within thirty-three (33) days.**

HEARING CONCLUDED.

**Court in recess:**     **4:06 p.m.**
Total time in court:    01:03