IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 07-cv-00563-CBS-MJW

L&W INNOVATIONS, LLC,

    Plaintiff,

v.

LINLI CONSTRUCTION, INC.;
JOHN YELENICK;
GAS-O-HAUL, INC; and
BRADLEY J. LIGHT,

    Defendants,

v.

JON LIPS,
CRAIG WARNIMONT,
PAUL CLUKIES,

    Third Party Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Extend Deadline to Respond to Defendants' Motion for Summary Judgment (doc #154) and Motion in Limine Regarding Damages (doc #153) to April 14, 2009, is GRANTED.

**DATED:    April 13, 2009**