IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 1:07-cv-00563-CBS-MJW

L&W INNOVATIONS, LLC,
      Plaintiff and Counterclaim Defendant,
v.

LINLI CONSTRUCTION, INC.,
JOHN YELENICK,
GAS-O-HAUL, INC., and
BRADLEY J. LIGHT,
      Defendants and Counterclaim Plaintiffs,
_____

LINLI CONSTRUCTION, INC., and
GAS-O-HAUL, INC.
      Third-Party Plaintiffs,
v.

JON LIPS,
CRAIG WARNIMONT,
PAUL CLUKIES,
      Third-Party Defendants.

_____

ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF
CLAIMS PURSUANT TO FED. R. CIV. P. 41(A)(2)
_____

      This civil action comes before the court on Plaintiff's Motion For Voluntary Dismissal Of Claims Pursuant To Fed. R. Civ. P. 41(a)(2). The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

      1.    Plaintiff's Motion For Voluntary Dismissal Of Claims Pursuant To Fed. R. Civ. P. 41(a)(2) (filed May 20, 2009) (doc. # 181) is GRANTED.

      2.    Plaintiff's claim for Misappropriation of Business Values (Sixth Claim for

Relief in the Amended Complaint (doc. # 36)) is dismissed.

      3.     Plaintiff's claims for Federal Trademark Infringement (Second Claim for Relief in Amended Complaint (doc. # 36)), Common Law Trademark Infringement (Third Claim for Relief in Amended Complaint (doc. # 36)), and Civil Conspiracy (Fifth Claim for Relief in Amended Complaint (doc. # 36)) are dismissed as to Defendants Gas-O-Haul, Inc. and Bradley J. Light only.

DATED at Denver, Colorado this 26th day of May, 2009.

                                      BY THE COURT:

                                      s/Craig B. Shaffer
                                      United States Magistrate Judge