# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 07-cv-00563-CBS-MJW | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** July 24, 2009 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| L&W INNOVATIONS, LLC, | J. Mark Smith |
| Plaintiff, | |
| v. | |
| LINLI CONSTRUCTION, INC., *et al.,* | Todd Laurence Vriesman |
| PAUL CLUCKIES, | James R. Benson, Jr. |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TRIAL PREPARATION CONFERENCE**
**Court in session:** 8:40 a.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding pending Motion to Maintain Attorneys' Eyes Only Designation.

**ORDERED**: Plaintiff's Motion to Maintain Attorneys' Eyes Only Designation as to Non-Exhibit Documents (doc #199, filed 6/30/2009) is **GRANTED IN PART and DENIED IN PART**. The parties will proceed under the guidelines as stated on the record.

Discussion regarding possible pre-trial motions.

**ORDERED**: The parties may file trial briefs no later than **August 18, 2009.**

The court advises counsel of trial procedures.

**ORDERED**: A Preliminary Charge Conference is set for **August 14, 2009 at 1:30 p.m.** to discuss jury instructions.

**ORDERED**: The parties may submit proposed voir dire questions no later than **August 18, 2009.**

Discussion regarding the start date for the trial.

**ORDERED**: The parties shall contact chambers' staff by the close of business today advising the court of how many days will be needed for the trial.

The court will issue an Order on the pending dispositive motions (doc #154 and doc #194).

HEARING CONCLUDED.
**Court in recess:**     9:35 a.m.
Total time in court:    00:55

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.