IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 07-cv-00563-CBS-MJW

L & W INNOVATIONS, LLC, a Colorado limited liability company,
    Plaintiff,
v.

LINLI CONSTRUCTION, INC., a Colorado corporation,
JOHN YELENICK, an individual,
GAS-O-HAUL, INC., a Colorado corporation,
BRADLEY J. LIGHT, an individual,
    Defendants.

## ORDER

This civil action comes before the court on: (1) the parties' "Notice of Settlement" (filed August 12, 2009) (doc. # 210); and (2) the parties' "Motion to Vacate August 24, 2009 Trial Date" (filed August 12, 2009) (doc. # 209).  The court having reviewed the pending matters and being sufficiently advised in the premises, IT IS ORDERED that:

1.    Pursuant to the parties' "Notice of Settlement"  (doc. # 210), the "Motion to Vacate August 24, 2009 Trial Date" (filed August 12, 2009) (doc. # 209) is GRANTED.

2.    The jury charge hearing set Friday August 14, 2009 at 1:30 p.m. is hereby VACATED.

3.    The jury trial set to commence on Monday August 24, 2009 at 8:30 a.m. is hereby VACATED.

4.    The parties shall file a Stipulated Motion to Dismiss **on or before August 21, 2009**.

DATED at Denver, Colorado, this 12th day of August, 2009.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge