IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 07-cv-00563-CBS-MJW

L & W INNOVATIONS, LLC, a Colorado limited liability company,
    Plaintiff and Counterclaim Defendant,
v.

LINLI CONSTRUCTION, INC., a Colorado corporation,
JOHN YELENICK, an individual,
GAS-O-HAUL, INC., a Colorado corporation,
BRADLEY J. LIGHT, an individual,
    Defendants, Counterclaim Plaintiffs, and Third Party Plaintiffs,
v.

JON LIPS,
CRAIG WARNIMONT,
PAUL CLUCKIES,
    Third Party Defendants,

## ORDER OF DISMISSAL

This civil action comes before the court on the parties' "Stipulated Motion to Dismiss with Prejudice" (filed August 19, 2009) (doc. # 212). The court having reviewed the matter and being sufficiently advised in the premises,

IT IS ORDERED that all claims, counterclaims, third party claims, and this civil action are DISMISSED WITH PREJUDICE, with each party to pay his or its own costs and attorney fees.

DATED at Denver, Colorado, this 19th day of August, 2009.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge

1